**VAN–117** Hearing Conference Worksheet – Rev. 07/29/2009

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

Date:_____   Time: _____   Place: _____

IN RE:
Ezzell & Powers Development Company, LLC
2506 N Heritage Street, Suite C
Kinston, NC 28501

CASE NO.: 09–07625–8–RDD

DATE FILED: September 3, 2009

TaxID: 20–2753976
**New Bern Division**

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*33* – Motion To Sell Free & Clear Of Liens – Lots 15,16,20,21,26,30 and 31 filed by George M. Oliver on behalf of Ezzell & Powers Development Company, LLC Responses due by 10/26/2009. If Objections Filed, Hearing to be held on 11/3/2009 at 11:30 AM at Wilson Courtroom (Oliver, George)

*34* – Motion For Private Sale – Lots 15, 16, 20, 21, 26, 30, and 31 filed by George M. Oliver on behalf of Ezzell & Powers Development Company, LLC Responses due by 10/26/2009. If Objections Filed, Hearing to be held on 11/3/2009 at 11:30 AM at Wilson Courtroom (Oliver, George)

George M. Oliver
Oliver & Friesen, PLLC
PO Box 1548
New Bern, NC 28563
252 633–1930


Christopher Scott Kirk
Marjorie K. Lynch
252–237–6854

DATED: October 7, 2009

Belinda Witcher